JS-6

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAVEL VAKULSKY (A# 070-255-590), | ) ) ) | Case No. 5:26-cv-03448-KJM |
| Petitioner, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| MARKWAYNE MULLIN, Secretary, Department of Homeland Security; ET AL., | ) ) ) ) | |
| Respondents. | ) ) | |
| _____ | ) | |

### JUDGMENT

Pursuant to the Order Granting Petition for Writ of Habeas Corpus (ECF No. 12), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Petition for Writ of Habeas Corpus (ECF No. 1) is granted.  Respondents report that Petitioner has been released from custody (ECF No. 13).  The Court thus DIRECTS the Clerk of Court to close the case.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, July 13, 2026.



Kenneth J. Mansfield
United States Magistrate Judge